1  DANIEL HILL
   HILL FIRM PLLC
2  Nevada Bar No. 12773
   228 S. 4th Street, 3rd Floor
3  Las Vegas, Nevada 89101
   Phone: 702-848-5000
4  Fax: 702-442-8338
   dan@hillfirmlawyers.com
5  Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH TRINH, *et al.*,<br><br>Defendants. | Case No. 2:17-cr-00287-JCM-VCF<br><br>STIPULATION TO CONTINUE SENTENCING<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, through Eric Schmale, Esq. and Thomas Flynn, Esq., Assistant United States Attorneys, together with Daniel Hill, Esq., counsel for defendant Elizabeth Trinh, that the sentencing hearing currently scheduled for April 10, 2019 at 10:30 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than 30 days from the current sentencing date. The government respectfully requests that sentencing not be scheduled on May 13, 2019 due to a conflict.

This stipulation is entered into for the following reasons:

1. The Defendant is out of custody and does not object to the continuance.

2. The Defendant needs additional time to prepare for Defendant's sentencing

1

hearing.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing.

DATED this 27th day of February 2019.

*/s/ Daniel Hill*

_____
Daniel Hill, Esq.
Counsel for Clifton Newman

*/s/ Eric Schmale*

_____
Eric Schmale, Esq.
Counsel for the United States

*/s/ Thomas Flynn*

_____
Thomas Flynn, Esq.
Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00287-JCM-VCF |
| Plaintiff, | |
| vs. | ORDER |
| ELIZABETH TRINH, *et al.*, | |
| Defendants. | |

The ends of justice served by granting the foregoing continuance outweigh the best interest of the public and the Defendant in a speedy sentencing because denying the continuance would be likely to result in a miscarriage of justice, and would deny the Defendant herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for April 10, 2019 at 10:30 a.m., be vacated and continued to May 15, 2019 at 10:00 a.m.

DATED March 1, 2019

_____
THE HONORABLE JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE